Please file my
18-cv-23368-9Em
and
18cv-2770-cMA

United States District Court

Southern District Florida

Case No: _____

New Case Again

South Florida Evaluation Treatment Center
(AKA) Correct Care "Solutions"
(AKA)
GEO Inc.                    Petitioner

FILED by _RR_ D.C.

JUL 2 7 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA – MIAMI

Vs.

Craig Jason Gilbert
                    Respondent

## Notice of Removal of Civil Proceeding
## Pursuant to 28 USC 1441/1442
### (18 USC 4)

cat/div 1983/SD/M/A
Case # _____
Judge _DPG_
Moth Ifp _N/D_  Mag _N/D_
Receipt # _____  Fee pd $ _N/D_

Craig Ivan Gilbert Is A United States
Citizen By Virtue of Birth, Involuntarily
Committed to The Custody of the State
of Florida Department of Children And
families Under florida Statue 916 et seq
(By)
Virtue of A Judicial Order, Issuing
forth from the 11th Judicial Circuit
Court Miami Dade County, florida
Criminal Case No: F18-0935

1 of 22

On or/About the 12th of of April 2018
Determing Mr Gilbert Incompetent
to Proceed In A 3rd Degree Felony
Grand Theft Case Arising By
Federal And Miami Dade County
Law Enforcement Officers whom
Conspired to Entrap Mr Gilbert
Into Aquiring Control over Saks
5th Ave Retail Clothing which He
was Authorized to Posses ...
By Store Personell And

By
Broward County State of florida,
17th Judicial Circuit Court Order
Case No: 14-7704CF10A

An
Order, Granted After Admittance
then the State of florida
Kidnapped Mr Gilbert
(for)
6 years Under Judicial Disguise
of Incompetence to Stand
Trial on Other Malicous Depivation
of Liberty Changes Arising from
22   Acts Sanctioned By Law
2d   Enforcement And/or the Actual
Merchandise Owner.

That Is. The Court Appointed Psychologists the Court Appointed Defense Attorneys the Judicial Officers Appointed And Executive Officers. Denied Mr Gilbert Substantive Due-Process Protections. Broward (Miami/Dade) Florida

And
Used their Public Authority to Usurp the Laws And Aided to Deny Mr Gilbert of His United States Constitutional Right to A Trial by Jury of His Peers

To
Conceal their Criminal Envolvment To Said 6 plus years of forced Servitude Through Manipulative Lies Broadcasted by the media In the Public Domain As.

They Law Enforcement. By Use of Codes, And Classified Procedures Claimed An Investigation Into Public Corruption though failed to Make Any Arrests Nor Correct Any Criminal Violations In 6½ Years That Is. The January 12, 2018 Judicial Order Case No: 14-7704CF10A

3 of 22

Broward County, Florida 17th Judicial Circuit Court Is A Delissional Order As With (All)

Patrick White US Magistrate Judges Orders As Litigated In the United States District Court Southern Dist Court 12-20770-cv-Scola / 14-61107-cv-Hurley 14-62118-cv-Dimitroules / 14-62484-cv-Dimitroules 14-62936-cv-Alfonaga / 16-60076-CR-Rosenberg 16-60443-cv-Lenard / 15-cv-22747-Scola And Others Founded

Therein ...
    That Is. Mr Gilbert Mailed to the Clerk of the Broward County 17th Judicial Circuit Court A Contempt Complaint, Charging Miami Dade County Florida Proceedings In F18-0935 Are Contemptous of Broward Case No.: 14-7704CF10A
                    Authorizing, Truck

Home, Cloths ...

        That Is. Mr Gilbert was Admitted
To the State of Florida Department of Children And Families CONTRACTOR-

South Florida Evaluation Treatment Center
(AKA) Correct Care Solution (AKA)
                GEO Inc.
on or/About the 24th Day of April 2018
                (And)
Is Involuntary Deprived of Right to Speedy
Trial By Malicous Committment Testimony
Psycologists, Ralph D. Richardson Ph.D/P.A
of: 12864 Biscayne Blvd Suite 371 Miami
Florida 33181
        whom felt Compelled, By the Actions
of Federal/State And Local Law Enforcement
whom Acted Ins Concert With Federal
State And Local Judicial/Executive
Officers And Public Defenders, The Media

whom All Invisions As With Psycologist
Sonia I Ruiz Psy.D Miami Florida
        That Its, Exceptable to Intentionally
Commercially Exploit Craig Ivan Gilbert
                                By
Means of "Human Trafficking-Kidsapping"
By Means of Written Psycological, Reports
They Knew to Be false As the Actual
Underlining Reports Says
        The State of Florida (DCF) Kidsapped

Craig Gilbert for 6 years. The fine
Is the Property By Order of the
Sheriff

Though the Sheriff
No Judge, FBI Agent News Reporter
Is Capable of
Arresting Anyone As the Truth Is
You All Patrick White, Leonard
Attorneys, Rosenbaum, Dimitroulees
Morley, Scola Are Just As Guilty
As United States Attorney Baily
Kansas, Ferrara Florida Et Al of
Kidnapping, Andrew Frank Gonzales
with the FBI Miami Whom Suarez
The
United States Government Swore
Capital Suarez    Swore To Be
Home Everyday for the Past 5 years
You Kidnapped Me!
(All of you)
And Now the Case Was Escalated to
A Conspiracy to Committ Murder
(As)
South Florida Evaluation Treatment
6 of 22 Center (STAFF) Whom the Subject
of Your Alledged State of Florida

Miami Dade State Attorney Kathreen
Rundel (Arrests) which Is Complete
Lie As She would Have to Arrest
Herself As I Craig Isam Gilbert Am
Kidnapped And the
Records Implicate Her And Her Since 2012
(As)
with Scola Patrick White (et Al)
As
No federal Agent Can Make An Arrest
(As)
Dimitroules And Huvlen Already Denied
Removal Under 28 USC 1442 when
Mr Gilbert Claimed Protection of
Removal Status.

      That Is John Doran A Drone
Committed As Incompetent Has Lost
3 Teeth Has Scares Down His Face
After Refusing forced Medications
John weighs Less than 150 lbs And recieved
His Injuries By SFETC Staff Custody Officers
Mr Gilbert Was Assaulted on July 14th Saturday
By Staff In His Room 1 MHT And 4
Custody Officers whom Wish to Silence

the Victim Federal Witness. By three's Physical Assaults. That Is. They have for the Past 2-weeks Sought to Pressure other Patients Into Killing Mr Gilbert Repeated threats of Use of Razors And Stitches And The Bitch Ass FBI The Florida Attorney General In Concert With Florida Governor Rick Scott Patrick White Scola, Attorneys Leonard Rosenberg Dimitrouleas, Hurley (et AC) US DC Mi Dist Florida Jones, Walker The United States Attorneys Southern And Middle District, Only Corrective Action Is to Write frivolous Delussional Court Orders Which Constitutes Aiding And Abetting the forced Servitude of Craig Ivan Gilbert (Participants In His Kidnapping)

That Is The foregoing Placed Mr Gilbert His Daughter And family Members And Other Patients whom Refused to Committ Assault or to Murder Mr Gilbert In Harms way As the SFETC Gang Is Threatening harm to Anyone whom

Is Black, Whom Refuses their offers of
Cash, Cloths food...
The Threats, facts - The Entrapment
of SFETC STAFF Making Said Threats
By Means of Sign Gestures And
In-Direct Statements As with the
Judicial Orders. The Psycological Reports
The News Broadcasts

That Is. The FBI. Patrick White, Rick Scott
Pam Bondi All you Bitch Ass Kidnappers
Whom Placed Mr. Gilbert IS this
facility Judge Ward Miami F18-0935.
Avi Porth, Robinson, Leienson, Spieser
State Attorneys Rundell, Seitz Miami
Broward See: Usmc S. Dist Florida
15-CO-22747-RNS

That Is, This Is A Removal Case Under
28 USC 1441
for Intent And Purpose m Magistrate
Judge Patrick White Will Intentionally
Misconstrue the Case Being Removed
the Issue: Civil Involuntary Medication
Hearing from 11th Judicial Circuit Court
Miami Dade County florida
Same As USDC m Dist El Gilbert Vs NFETC 17-229-CV-MW

9 of 22

249

That Is. The South Florida Evaluation
Treatment Center Administrator
And Through His Designee, Psychiatrist
Dr Navarro And Treatment Team
Members Wes McINNIS Recovery Plan Coordinator
Robin Cabis Social Worker
(And)
Others Have Made Application to
the 11th Judicial Circuit Court To

miami, florida
Case No: 2018-MH-_____

To Involuntary Medicate Craig Gilbert
Against His Will to Conceal the
Kidnapping And Exploitation of His
Person In Excess of 6½ years

USDC S. Dist Fl 18-CV-2270-CMA (As)
By Law Enforcement
(And)
This Court Has Voiced Its Approval

By Denying Mr Gilbert Access for what Ever Reason, This Court Has Voiced Its Approval In the Conspiracy to Murder Mr Gilbert.

The Court Has Voiced Its Approval In the Continued Commercial Exploitation of His Person

The Court Has Approved Its Approval In the Grievous Threads on His Daughter

The Court Has Voiced Its Approval In the Cover-up of Craigs Kidnapping. And Continued Detention In A facility It Knows to be UnSafe

That Is This Case Is Removed on A Federal Question,
   Whether the State of florida Has Jurisdiction to Determine National Security Issues?
      USDC M Dist florida 17-CU-299-MW/GRjff
         (UV)17 CU-229-MW 4GRjff

That Is, USDC N. Dist Florida
Jones/ Walker was
Incapable of Performing their
Judicial Duties (As)

No-One Has Sought to Right this
Case of Manifest Injustice
Infact,
M. Gilbert Was Assaulted by North
florida Evaluation Treatment Center
Psycologists, Psychiatrists
By

(Infectious) I Did what I was
Asked to Do - M. Gilbert Acted As
An Ambassador for the Courts, Senate
Congress And Is Rewarded by
Additional Zureaus In Custody

Mr Gilbert was Rewarded by ABC
American Broadcasting Corporation with
1,500 Sorru followed By Fuck-you!
ABC, NBC, Fox, CBS, CNN All Swore
100 Times IS the Last year to End
this Nothing Ended the United
States Congress Has Extended Mr
Gilberts Kidnapping Untill Mid

120 of 22

August 2018 which will turn
Into 2019 As the United States Congress
(And)
* United States Senate Are Just As
Guilty of Kidnapping Mr Gilbert And
Concealing this Exploitation As this
United States District Court.
    Whom Is Posed to Write Another
Judicial Order Claiming frivolous
Cause the threats Stopped At the time
of filing.
    The Threats didn't Stop At the time
of filing. As Clearly Evident when
Patrick White sue Judge Scola Ruled
In 18-CV-22747-RNS USDC S Dist Florida
2018                    (And
As Now 2018, And the Same
Institution And the Same People
GEO Inc
Is Still threatening Physical Harm to
to Mr Gilbert. Cause you Did Not Do Your Jobs
(Government)
    Convient Means for Human Trafficking
Defendants Herein to Eliminate their
Debt to Mr Gilbert. As this Court And
Law Enforcement And Others Kidnapped

13 of 22

Him For 6½ Years Denied Mr Gilbert
Any financial Means, To Elivate
the Press through Commissary Purchase,
Radio or Cloths (or) To Voice the
Injustice on Social Media Sites
In English...

(And)
Now through Your Enforcers threatening
Grave Injury to Mr Gilbert And
His Daughter And the FBI Whom
Is Proximately Liable for the Exploitation
of Mr Gilbert, Refuses to Have A
face to face Set Down - Tell the truth FBI

That Is, None of you Bushs
Included Have Sought to financially
Assist Mr Gilbert, Claiming Well Pay
Later, Sure you Will. If It Benefits
✳ You ... Though IF I Were to Die
today You Maggots Would Not
Ever Pay - Nor tell my Daughter
the truth You'd Cover It Up
14ᵗʰ ⁺²ᵗʰ Because Your All Scum.
More Specifically the Churchs
Are
"Scum Hypocrites"

Take That 2003 Kansas City Kansas
Judicial Order of G.T. VanBebber
In Craig T. Gilbert Vs Kansas
                (And)
The Complaint And Exhibit 10 pages
which Shows ~~(crossed out)~~ A Signed
Complaint by A State Attorney
whom Kidnapped Mr Gilbert Also
                              A
Complaint. Suspending the Writ of
[Habeas Corpos.] Making It A Criminal
Offense to file An Appeal Despite
the fact the Plea Agreement States
Right to Appeal And further
Criminalizing filing A Law Suit.

Then take the 200 Complaints Mr
Gilbert filed State / federal That
No Judge Would Rule on from
California to New York And
All Points In Between - And the
6½ Years In Custody In Florida

     That Is Show. The United States
Has Made It A Criminal Offense to
file Pro-Se Documents And Retaliates

15 of 22

Wherefore, It Doesn't Matter what
Claim Mr Gilbert Makes what Status
or
"Right to Removal Claim" Mr Gilbert, Ms.
Patrick White, And the United States
In what Ever Capacity Is Passed to
Deny Mr Gilbert Access to the Court
Issue Another frivolous Cover-up
Order And Continue Providing Aid
to those whom Ive Commercially
Exploiting And Threatening Grave
Injury to Mr Gilbert

        4 years of Daily Preaching And
You Want Everyone Else to Change
Why Don't You Change Yourselves
And Admit, You All Participated In
Mr Gilberts Kidnapping, Commercial
Exploitation of His Person And Conspired
to Deny Him of His Civil Rights


In Closing, The Government Violated
Every Civil Liberty Mr Gilbert Possessed

16 of 12 "This Is An Easy Case, Channel 7 News"
        Though you Cant Speak English

By Imprisoning Us Peous Without Trial You US Dist Court Judges Et AL Are [Treasonous Bastards] Whom Kidnapped Gaia Gilbert Just As the State Did.

The Government Put A Chip Capable of Intercepting Brain Waves, An Transform those Brain Waves Into Audible form, Which the Government Used to Punish Mr Gilbert w/out Due Process of Law And Commercially Exploit through Social Media - Whom Profited from Mr Gilberts Demise And Laughed When We Complained.

That Is, God Was Denied A fair Impartial Trial As the Law States:
In Hinton Vs. Alabama 134 S Ct 1081 (2014) Whether Omited Evidence Creates Reasonable Doubt In The Mind of Atleast One Juror Daniels Vs Woodford 428 F 3d 1181 (2005)
Did you Omit God from the facts.

17 of 22

Job Chapter 41 (He Clearly Stated A 100
Times, He Willed My Every Step
Birdclaw Theft Since Birth
   Can You "Get A fish to Bite on
A Hook" = Meaning 13 Got All of
You Churchs, Judges Prosecutors Attorneys
to Do What You Always Do -
   (Punish Without Due-Process)

Now 6½ Years Later the Hypocrites
Churches - Judges Attorneys Prosecutors
Police, Representitives wish to
Elude the truth, "You Kidnapped Me"
Punished Me Without Due-Process
   Now You Wish to Claim you
Were on Craigs Side the Whole time
   Then why Not A Single Stamp
In 6½ years Bush - Obama - Holder
Congress FBI Senate CIA Churches

The Law further States - What Ever
Video of Events Is Subject to
Interpretation which May Draw
Different Conclussions ... Whenever
the Video Contradicts the Plaintiff
Plaintiff Loses Scott Vs. Harris
   Darden Vs. City of fortworth

* That Is. Not Enough God On that Video for You, To Contradict And Raise Reasonable Doubt, whether Craig Gilbert Ever Committed a Crime

As the Evidence Speaks for Its Self, Everytime I open A Book - He Says Remember this Crime that Crime - I God Do It to Show Your Own Sins/Crimes

* (When do I Get my Trial-Kidnappers?)

And whan Are You Going to let the Prisoners In Your Prisons Go.

You Conspired to Deny Me, Craig Gilbert Effective Assistance of Counsel  Strickland Vs. Washington Counsels Performance was Deficient And Prejudice As they were the Defendants

You Courts (MisInterpreted) the Assistance Clause to Deny Us of Hybrid Representation Favretta vs. CA if (To Silence Us)

And For Further Intent And Purpose the State of

Florida Miami Dade County Acting In Concert With this Court In Mapp Vs Rudell Is Pissed to Have the Sheriff of Miami/Dade whom Is Primarily Responsible for Mr Gilberts Miami Dade Kidnapping 11th Judicial Circuit Case F18-0935 Transport Mr Gilbert Over Intra-Interstate Highways In Leg Shackles Belly Chains from SFETC to Miami Dade Jail — Involuntarily Hold Mr Gilbert Under Guise of A Criminal Defendant In A Institution that Poses A Security Risk to His Person Do to the Serious Nature of the Case .... So You Kidnappers Can Cover-up Your Criminal Acts on Mr Gilberts Person... As Robert Monroe of the Fort Lauderhill Police Department Did In Broward County Case No 14-720470A And Others In, 12-212CF10A Whom Previously Kidnapped Mr Gilbert when they Knew Mr Gilbert Committed No Criminal Offense In the State of Florida.

12th That Is. This Court And Name Criminals (Et Al) Commercially Exploited Mr Gilbert

20

Its Evident By Major Retailers, Television, Networks, Motion Movies Pictures, Gun Manufactures Advertisments - Theft of Mr Gilberts Discoveries - (God) Found on the Illegally Implanted Chip In His forearm.

That Is, The Angels (faces) Found on of faith Bases Taking form In Mr Gilberts Clothing Blankets on Paper - The Surveillance Satellite X On Clothing Merchandise And Other Discoveries By Gilbert — That Is Even the Plant on the Table when the North Korean Leader Kim And Trump met 2018 Had, faces Associated with Mr Gilberts Relationship with [God] Heavenly (Spirits) Its Not So Mad, that Gun Manufactures Clothing Retailors, Shows Such As Simpsons, Et Al Sought to Cash In On God, Its The Complete Hypocritical Use of God, when those Same Persons - Are Well Aware Craig Gilbert Has Zero Dollars, Has Been Incarcerated 6½ years, was Subject to The most Excruticiating Doress - Was Never Able to Purchase A Single Commissary Radio, or Clothing - Though these Individuals

21st /22

Again, Claimed Godliness - when they Serve only [Gold Images,] All of You!.

As So Evident, As None of you - forfeited A Single Dime, Craig filed Every Document Had Needles Stuck In Him, Was Assaulted His Life was threatened on A Daily Basis Last Threat (1) hour Ago ... His Daughter Is Threatened ... Craig Had His Life Played Out on Television In false Light ... Why The Media Laughed And Portrayed to the World Love (Hypocrites) 6½ Years - Still, Not A Dime from NoOne. And!

The federal Claims Court, Washington DC wouldn't Even file Mr Gilberts Claim, "Social Security Administration further, Criminally, Implicated In Mr Gilberts 2014 Kidnapping" Cut SoSI. Benefits" when they Knew of their own Involvement And this "Maggot Court Is Protecting the Criminal Enterprise." 18 USC 3   18 USC 4   RICO

Relief Sought: Removal Under 28 USC 1441 federal Question Whether the State Has Jurisdiction of National Security Issue? Scribed Sworn July 24, 2018

Craig Gilbert
18660 SW 376 Street
Florida City Fl 33034

"Appoint special Prosecutor"
CCI 11th Judicial Court



Craig Gilbert
SFETC-Coach Ken
18280 SW 376 Street #302
Florida City, Florida
33034

United States District Court
"Clerk"
400 North Miami Avenue
Miami, Florida 33128-7716

Legal
7-24-2018

Hasler
07/24/2018
US POSTAGE $000.68⁰
FIRST-CLASS MAIL
ZIP 33034
011D11654188

33128-7716 0075

USMS
INSPECTED

RECEIVED

JUL 26 2018
12:25 PM